IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR PAUL VIOLA,

    Petitioner,               No. CIV S-07-2556 LKK KJM P

    vs.

WARDEN, California Correctional Center,

    Respondent.           ORDER

                              /

        On June 4, 2008, respondent filed a motion to dismiss, arguing that the petition was filed outside the statute of limitations. Petitioner has not opposed the motion.

        Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

/////

/////

/////

1

1  Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the
2  date of this order, plaintiff shall file an opposition, if any, to the motion to dismiss.  Failure to
3  file an opposition will be deemed as a statement of non-opposition and shall result in a
4  recommendation that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).
5  DATED: October 22, 2008.

_____
U.S. MAGISTRATE JUDGE

2

viol2556.46osc

2