IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR PAUL VIOLA,

      Petitioner,              No. CIV S-07-2556 LKK KJM P

    vs.

WARDEN, California Correctional Center,

      Respondent.           <u>ORDER</u>

      /

Petitioner has requested an extension of time to file and serve objections to the January 9, 2009 finding and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (Docket No. 12) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the January 9, 2009 findings and recommendations.

DATED: February 20, 2009.

                                U.S. MAGISTRATE JUDGE

/mp
viol2556.111