IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SALVADOR PAUL VIOLA,

    Petitioner,               Civ. No. S-07-2556 LKK KJM P

    vs.

WARDEN, California Correctional Center,

    Respondent.             <u>ORDER</u>

                                      /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On January 9, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Although plaintiff was given additional time to file objections, he has not done so.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 9, 2009, are adopted in full; and

2. This action is dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: March 31, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT